UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:06-HC-2220-BR

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| KIRK FENNER, | ) | |
| Reg. No. 02420-082 | ) | |

By order dated 7 March 2007, respondent was committed to the custody of the Attorney General pursuant to 18 U.S.C. § 4246. On 6 November 2012, the government filed a motion to dismiss respondent from such commitment. (DE # 15.) Attached to the motion is a judgment in a criminal case indicating that respondent has recently received a criminal sentence of a 180-month term of imprisonment. (DE # 15-1.)

The court has reviewed the motion and supporting materials and finds that respondent is currently serving a criminal sentence. Accordingly, the government's motion is GRANTED. It is hereby ORDERED that respondent's civil commitment pursuant to 18 U.S.C. § 4246 be dismissed and that this file be closed.

This 16 November 2012.

_____
W. Earl Britt
Senior U.S. District Judge